[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-14075
Non-Argument Calendar

_____

D.C. Docket No. 6:18-cr-00056-PGB-TBS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS DEAN PERON, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 18, 2019)

Before MARCUS, MARTIN and NEWSOM, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Thomas Dean Peron in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Peron's conviction and sentence are **AFFIRMED**.